FILED
OCT 05 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Order Regarding Motion for Sentence Reduction JPG

# United States District Court
## Southern District of Illinois

UNITED STATES OF AMERICA

v.

AZIZ SADIQ

**ORDER GRANTING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

**Case Number: 95-CR-40030-JPG**
**Registration Number: 03398-025**

Assistant Federal Public Defender Judith A. Kuenneke    Assistant United States Attorney Thomas E. Leggans

**DATE OF IMPOSITION OF ORIGINAL JUDGMENT: August 22, 1996**

Upon motion of the defendant, made pursuant to 18 U.S.C. § 3582(c)(2), for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has been subsequently lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion (Doc. # 188) be and the same is hereby **GRANTED** and the 336 month term of imprisonment previously imposed is further reduced to 272 months.

## I.     Court Determination of Advisory Guideline Range

Previous Offense Level:      39
Criminal History Category:     3
Previous Guideline Range: 324-405 months

Amended Offense Level:      37
Criminal History Category:     3
Amended Guideline Range: 262-327 months

## II.    Sentence Relative to Amended Advisory Guideline Range

__X__The reduced sentence is within the amended advisory guideline range.

_____ The reduced sentence is below the amended guideline range due to a Rule 35(b) reduction.

_____ The reduced sentence is outside the amended guideline range *for the following reasons:*

**III.     Further Explanation**

To insure that the defendant is in fact timely released, the Bureau of Prisons is directed to take all appropriate steps to complete the processing of the defendant's release plan.  If this order results in a release date ten or fewer days after the date this order is entered, this order shall be **STAYED** for a period of ten days from the docketing date of this order to ensure the defendant, the Bureau of Prisons and the Probation Office adequate time to prepare for the defendant's reentry into society.  If the amount of time the defendant has served exceeds this sentence, the sentence is reduced to a "Time Served" sentence.

Except as otherwise provided herein, all provisions of the original judgment imposed on August 22, 1996, shall remain intact, and the same are incorporated herein by reference as though set forth herein at length.

Dated at Benton, Illinois, this _5_ day of October, 2010.

BY THE COURT:

J. Phil Gilbert
US District Judge