PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
## Southern District Of Illinois
### AMENDED Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Aziz  Sadiq                                        Docket No. 0754 4:95CR40030-001

                                                                                         Register Number: 03398-025

Name of Sentencing Judicial Officer:  Honorable J. Phil Gilbert, U.S. District Judge

Date of Original Sentence:  August 22, 1996

Original Offense:   Ct. 1: Conspiracy to Distribute & Possess With the Intent to Distribute Cocaine Base

   Cts. 6, 18, 20, & 22: Distribution of Cocaine Base

   Cts. 7, 21, & 23: Distribution of Cocaine Base Within 1,000 Feet of a School

   Ct. 24: Possession with the Intent to Distribute Cocaine & Cocaine Base

   Ct. 25: Possession with Intent to Distribute Cocaine & Cocaine Base within 1,000 Feet of a School

   Ct. 27: Felon in Possession of a Firearm

Original Sentence:   Cts. 1, 7, 18, 20, 21, 23, 24, & 25: 336 Months Bureau of Prisons (concurrent)

   Cts. 6 & 22: 240 Months Bureau of Prisons (concurrent)

   Ct. 27: 120 Months Bureau of Prisons (concurrent)

   Cts. 1, 18, 20, & 24: 5 Year Term of Supervised Release (concurrent)

   Cts. 6, 22, & 27: 3 Year Term of Supervised Release (concurrent)

   Cts. 7 & 23: 6 Year Term of Supervised Release (concurrent)

   Ct. 21: 8 Year Term of Supervised Release (concurrent)

   Ct. 25: 10 Year Term of Supervised Release (concurrent)

Type of Supervision:  Supervised Release           Date Supervision Commenced:  February 1, 2016

Custody Status:  **The offender was arrested on March 8, 2018 and is in custody**

Assistant U.S. Attorney:  J. Christopher Moore            Defense Attorney:  Mark C. Hunter

---

## PETITIONING THE COURT

**[ X ]   To FILE AN AMENDED PETITION (Warrant previously issued and served)**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of  Noncompliance |
|---|---|
| Mandatory | The defendant shall not illegally possess a controlled substance. |

**Offender Name:  Aziz  Sadiq**
**Docket Number:  0754 4:95CR40030-001**

|  |  |
|---|---|
|  | On April 28, 2016, the offender illegally possessed a controlled substance in that he tested positive for marihuana by urinalysis. |
|  | On December 28, 2017, the offender illegally possessed a controlled substance in that he tested positive for marihuana and cocaine by urinalysis. |
|  | **On January 22, 2018, the offender illegally possessed a controlled substance in that he tested positive for marihuana by urinalysis.** |
| Mandatory | During the period of supervised release, payment of any unpaid balances shall be a condition of supervision and the probation officer shall establish and periodically modify the payment schedule provided that the entire financial penalty is paid no later than the termination of supervision, but in no event not later than five years after release from incarceration. |
|  | The offender failed to make monthly payments as ordered in the following months: May 2016, April 2017, June 2017, and August 2017. |
| Special | The defendant shall participate, as directed and approved by the probation officer, in treatment for narcotic addiction, drug dependence, or alcohol dependence, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility. |
|  | On January 16, 2018, the offender refused to participate in substance abuse treatment. |

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
☒  revoked
☐  extended for * years, for a total term of * years.
☐  The conditions of supervision should be modified as follows:
☐  Other

I declare under penalty of perjury that the forgoing is true and correct.

by _____
Sheryll A. Vilcinskas
U.S. Probation Officer
Date: March 8, 2018

**Offender Name: Aziz Sadiq**
**Docket Number: 0754 4:95CR40030-001**

This document has been reviewed and approved.

by _____
Jay Wheeler
Supervisory U.S. Probation Officer

Date: March 8, 2018

SAV:lmg

THE COURT ORDERS:

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ The Issuance of a Warrant
☐ The Issuance of a Summons
☒ Other-**Clerk to file an amended petition**

Judge J. Phil Gilbert
2018.03.08
12:51:33 -06'00'

Honorable J. Phil Gilbert

March 8, 2018
Date